**Frank SCOTT et al., heirs of Catherine Scott, v. UNITED STATES of America.**

No. 13499.

United States Court of Appeals Fifth Circuit.

June 25, 1951.

Dale H. McKibben, Jackson, Miss., for appellant.

Fred W. Smith, Roger P. Marquis, Attorneys, Department of Justice, Washington, D. C., A. Devitt Vanech, Asst. Atty. Gen., Joseph E. Brown, U. S. Atty., Jackson, Miss., for appellee.

Before HUTCHESON, Chief Judge, and BORAH and STRUM, Circuit Judges.

PER CURIAM.

The same questions here involved were determined between the same parties with respect to other lands in Scott v. United States, 5 Cir., 190 F.2d 134. Upon the authority of that case the judgment here appealed from is affirmed.